RYAN G. WELDON
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT   59403
119 First Ave. North, Suite 300
Great Falls, MT   59403
Phone:   (406) 761-7715
FAX:   (406) 453-9973
E-mail:   Ryan.Weldon@usdoj.gov



FILED

MAY 23 2016

Clerk, U S District Court
District Of Montana
Billings

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 16- 45 -GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | SECOND DEGREE MURDER (Count I) Title 18 U.S.C. §§ 1153(a) and 1111(a) (Penalty: Life imprisonment, $250,000 fine, and five years supervised release) |
| DELVIN CONRAD CHAD RED EAGLE, | |
| Defendant. | USE AND DISCHARGE OF FIREARM DURING A CRIME OF VIOLENCE (Count II) Title 18 U.S.C. § 924(c)(1)(A) (Penalty: Mandatory minimum five years to life imprisonment for the use of a firearm, mandatory minimum ten years to life imprisonment for the discharge of a firearm, all imprisonment must run consecutive to other counts, $250,000 fine, and five years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

That on or about January 27, 2016, at Poplar, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, DELVIN CONRAD CHAD RED EAGLE, an Indian person, knowingly and unlawfully killed R.M. with malice aforethought, in violation of 18 U.S.C. §§ 1153(a) and 1111(a).

## COUNT II

That on or about January 27, 2016, at Poplar, in the State and District of Montana, the defendant, DELVIN CONRAD CHAD RED EAGLE, knowingly used a firearm, a Savage Arms .270 rifle, Serial Number J448105, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the charge as alleged in Count I, in violation of 18 U.S.C. § 924(c)(1)(A).

At the time of the offense, the defendant, DELVIN CONRAD CHAD RED EAGLE, discharged the above-described firearm.

//

//

//

//

//

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____